■ AETNA INSURANCE COMPANY, Appellant, v AMERICAN HOME ASSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County, entered on March 6, 1980, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal.

The appeal from the order entered on November 28, 1979, unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.